IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02888-BNB

DAWANE MALLETT, #13944-097,

    Plaintiff,

v.

RON WILEY, ADX Warden,
MARK COLLINS, Unit Manager, and
HARL[E]Y LAPPIN, F.B.O.P. Director,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Dawane Mallett, is in the custody of the Bureau of Prisons and currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. On December 4, 2009, Mr. Mallett submitted to the Court a *pro se* Prisoner Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and a Prisoner's Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915.

On December 10, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the court to commence a civil action and granted Mr. Mallett leave to proceed pursuant to 28 U.S.C. § 1915. The December 10, 2009, Order requires Mr. Mallett to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $5.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Mallett that if he fails to have the initial partial filing fee

sent to the clerk of the court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On December 31, 2009, the Court received for filing a letter from Mr. Mallett. In the letter, Mr. Mallett appears to request that prison officials withdraw $5.00 from his inmate trust fund account and forward it to the Court. However, the $5.00 filing fee was not attached to the letter, and Mr. Mallett has not communicated with the Court since December 31, 2009.

Mr. Mallett now has failed either to pay the initial partial filing fee within the time allowed, as designated in the December 10, 2009, Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Mallett's failure either to pay an initial partial filing fee of $5.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this 20 day of January, 2010.

BY THE COURT:

Christine M. Arguello for
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02888-BNB

Dawane Arthur Mallett
Reg No. 13944-097
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk